# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-2953-DMS |
| Plaintiff, | **ORDER OF DISMISSAL AND JUDGMENT** |
| v. | |
| CONRADO REYES-LOPEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment (ECF No. 9) in the above-captioned case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: July 16, 2018

HON. DANA M. SABRAW
United States District Judge